# UNITED STATES BANKRUPTCY COURT

Eastern District of Virginia
600 Granby St., Room 400
Norfolk, VA 23510

## NOTICE OF ELECTRONIC FILING PROCEDURE

**Case Name:**   Bradley Keith Swearngin

**Case Number:**   08−73135−SCS                          **Date Filed:**   September 17, 2008

The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov or http://www.vaeb.uscourts.gov/ecfnew/ecf.htm . In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005−2 authorizing the Clerk to promulgate and revise the Court's Electronic Case Files Policy, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Administrative Procedures** .

Parties with legal representation **must** file documents in accordance with the following:

1. The requirements for filing, viewing and retrieving case documents are: A personal computer running Internet Explorer or Firefox, Adobe Acrobat 4.0 or later software to convert documents from a word processor format to a portable document format (PDF), and an Internet Service Provider (ISP) using Point−to−Point Protocol (PPP). The URL address is *www.vaeb.uscourts.gov* and a password is needed to access this system. Please contact the Court for further assistance. If you are **unable** to comply with these requirements, **then**

2. You must file a "Request for Waiver to File by Computer Diskette or Conventionally" as provided for in the Electronic Case Files Policy to indicate your inability to file through use of the Internet component of CM/ECF. If the Court authorizes you to file by diskette, **then**

3. You must submit your documents on a diskette using PDF format. The Adobe Acrobat software will provide this format. Further instruction may be found in Adobe's manual. Use a separate diskette for each filing. Submit the diskette in an envelope with the case name, case number, type and title of document, and the file name on the diskette. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are **unable** to comply with these requirements or the requirements set forth in item number 1, or the requirement set forth in item number 2, above, **then**

4. You must submit your documents on a diskette using one of the following formats: Word, WordPerfect, or DOS text (ASCII). **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are unable to comply with this requirement, the requirements set forth in items number 2 or 3, or the requirements set forth in item number 1, above, **then**

5. You then may file conventionally on unstapled, unbound, 8 ½" x 11" single−sided paper. Documents must be submitted with full signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File by Computer Diskette or Conventionally" with your filing.**

**Important Note: All parties without legal representation, except governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.**

Dated:  September 18, 2008                          William C. Redden
VAN−062 [ver. 3/2008]                               Clerk of the Bankruptcy Court

# CERTIFICATE OF SERVICE

```
District/off: 0422-8         User: davism              Page 1 of 1              Date Rcvd: Sep 18, 2008
Case: 08-73135               Form ID: VAN062           Total Served: 21

The following entities were served by first class mail on Sep 20, 2008.
db              +Bradley Keith Swearngin,    808 Oriole Drive,    Virginia Beach, VA 23451-4928
8471166         +1st Advantage Fcu,    P O Box 2116,    Newport News, VA 23609-0116
8471167         +ADI,    263 Old Country Rd,    Melville, NY 11747-2712
8471169          AT&T Cellular,    P. O. Box 8229,    Aurora, IL 60572-8229
8471168         +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
8471170         +Bank of America,    Attn: Bkrptcy Dept NC4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
8471171         +Capital Lighting & Supply,    1901 N. Hamilton St,    Richmond, VA 23230-4101
8471172         +Chase Manhattan,    Attn: Bankruptcy Research Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
8471173         +City of Portsmouth,    City Treasurer,    P. O. Box 85662,    Richmond, VA 23285-5662
8471174          Commercial Recovery Sys,    8035 E RL Thornton,    Ste 220,    Dallas, TX 75357-0909
8471175         +Darren Roop,    509 23rd Street,    Virginia Beach, VA 23451-4005
8471176         +Fbcs,    2200 Byberry Rd Ste 120,    Hatboro, PA 19040-3797
8471177         +G M A C,    P O Box 2150,    Greeley, CO 80632-2150
8471178         +NCO Financial Systems,    507 Prudential Rd,    Horsham, PA 19044-2368
8471165         +Office of the U.S. Trustee,    Federal Building Room 625,    200 Granby Mall,
                  Norfolk, VA 23510-1811
8471179         +Paul Brown,    3570 Whitemarsh Road,    Suffolk, VA 23434-7831
8471180         +Pregressive Insurance Co,    c/o Credit Collections Svcs,    Two Wells Ave.,    Dept 1934,
                  Newton Center, MA 02459-3208
8471181          RCS Equipment Rental,    c/o Jack R Creel & Assoc,    PO Box 801083,    Houston, TX 77280-1083
8471182         +Texaco / Citibank,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
8471183         +Texaco/Citibank,    P. O. Box 5687,    Wilmington, DE 19808-5687
8471184         +Usaa Savings Bank,    10750 Mcdermott Fwy,    San Antonio, TX 78288-1600

The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 20, 2008**                 **Signature:** _Joseph Speetjens_