IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

In re:

BRADLEY KEITH SWEARNGIN

        Debtor.                                                 Case No.  08-73135-SCS
Chapter 7

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the law firm of Wolcott Rivers Gates enters its appearance on behalf of GMAC LLC  ("GMAC"), a secured creditor in the above-captioned case.

Pursuant to Bankruptcy Rule 2002(g), GMAC requests that notice of all matters specified in Rule 2002 of the Federal Rules of Bankruptcy Procedure, or otherwise directed to or affecting interested parties, including, without limitation, any and all notices of any application, motion, petition, pleading, request, complaint or demand, whether given in writing, telephonically or otherwise, be sent to the following address:

> Carl A. Eason, Esquire
> Wolcott Rivers Gates
> One Columbus Center, Suite 1100
> Virginia Beach, VA 23462
> Telephone: (757) 497-6633
> Telecopier: (757) 497-7267

If applicable, GMAC further requests that copies of all proposed Chapter 13 plans and modifications of amendments thereto, together with any accompanying notices, be mailed to it at the address set forth above.

Carl A. Eason, Esquire
Counsel for GMAC
Wolcott Rivers Gates
One Columbus Center, Suite 1100
Virginia Beach, VA 23462
(757) 497-6633
VSB# 18636

GMAC LLC

By    /s/ Carl A. Eason
          Of Counsel

**NOTICE:**    This Notice of Appearance does not authorize Wolcott Rivers Gates to accept service of process on behalf of GMAC. For service of process you are directed to GMAC's registered agent of record in the State Corporation Commission.

CERTIFICATION OF SERVICE

I hereby certify that on the 25th day of September, 2008, a true copy of the foregoing Notice of Appearance and Request for Notices was mailed or electronically transmitted to Edrie A. Pfeiffer, Esquire, 2624 Southern Boulevard, Suite 101, Virginia Beach, VA 23452, counsel for debtors; to Charles L. Marcus, Esquire, 1435 Crossways Boulevard, Suite 300, Chesapeake, VA 23320, Trustee; and to the debtors, 808 Oriole Drive, Virginia Beach, VA 23451.

                 /s/ Carl A. Eason