Form 8
(10/05)

# United States Bankruptcy Court
## Eastern District of Virginia - Norfolk Division

In re  **Bradley Keith Swearngin**                              Case No.  **08-73135**
                           Debtor(s)                             Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

■ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■ I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| car | City of Portsmouth | X | | | |
| 2004 Chevrolet Silverado 1500 4WD Crew Cab | G M A C | X | | | |
| 2005 Honda 450R Motorcycle | 1st Advantage Fcu | | | | X |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| Cell Phone Contract 2 Year Retain | AT&T Cellular | X |

Date  **09-16-2008**           Signature  *Bradley K. Swearngin*
                                         Bradley Keith Swearngin
                                         Debtor

# United States Bankruptcy Court
## Eastern District of Virginia - Norfolk Division

| | | | |
|---|---|---|---|
| In re | **Bradley Keith Swearngin** | Case No. | **08-73135** |
| | Debtor(s) | Chapter | **7** |

## CERTIFICATE OF SERVICE

I hereby certify that on **September 25, 2008**, a copy of **Chapter 7 Debtors Statement of Intention** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

*1st Advantage Fcu*
*P O Box 2116*
*Newport News, VA 23609*

*AT&T Cellular*
*P. O. Box 8229*
*Aurora, IL 60572-8229*

*City of Portsmouth*
*City Treasurer*
*P. O. Box 85662*
*Richmond, VA 23285*

*G M A C*
*P O Box 2150*
*Greeley, CO 80632*

*Charles L. Marcus, Trustee*
*1435 Crossways Blvd, Suite 300*
*Chesapeake, Va.  23320*

*Edrie A. Pfeiffer 41791*
*Garfinkel And Pfeiffer, P. C.*
*2624 Southern Blvd. Suite 101*
*Virginia Beach, VA 23452*
*(757)340-3100 Fax:(757)340-3149*