# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

In re:  BRADLEY KEITH SWEARNGIN

       Debtor,

                                                                                                Case No.: 08-73135-SCS
                                                                                                 Chapter 7

GMAC LLC

       Plaintiff,

v.

       BRADLEY KEITH SWEARNGIN
       CHARLES L. MARCUS, ESQUIRE

       Defendants.

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

THIS CAUSE came upon the Motion for Relief from the Automatic Stay filed herein by GMAC LLC ("GMAC");

WHEREUPON, it appearing to the Court that the debtor-defendant is in default in payments under the contract with GMAC relative to a 2004 Chevrolet Silverado, VIN 2GCEK13T941399903;

WHEREUPON, it appearing to the Court that the debtor-defendant is desirous of surrendering the vehicle involved herein;

WHEREUPON, it appearing to the Court that by virtue of his execution of this Order, the Trustee has abandoned his interest in the vehicle involved herein, it is, therefore,

Carl A. Eason, Esquire
Counsel for GMAC
Wolcott Rivers Gates
One Columbus Center, Suite1100
Virginia Beach, Virginia 23462
(757) 497-6633
VSB# 18636

ORDERED that GMAC is granted relief from the automatic stay of the Bankruptcy Code with respect to the aforesaid vehicle;

It is further ORDERED that the ten (10) day period provided for in Rule 4001(a)(3) of the Bankruptcy Rules be, and hereby is, waived, and such relief from stay shall become effective immediately upon entry of this Order;

It is further ORDERED that this Order shall survive any conversion of the case;

Copies of this Order shall be mailed or electronically transmitted to Carl A. Eason, One Columbus Center, Suite 1100, Virginia Beach, Virginia 23462, counsel for GMAC;  Edrie A. Pfeiffer, Esquire, 2624 Southern Boulevard, Suite 101, Virginia Beach, VA 23452, counsel for debtor, to Charles L. Marcus, Esquire, 1435 Crossways Boulevard, Suite 300, Chesapeake, VA 23320, and to the debtor, 808 Oriole Drive, Virginia Beach, VA 23451.

ENTER:

_____
JUDGE

Notice of Judgement or Order

Entered _____

I ask for this:

    /s/ Carl A. Eason, Esquire
Carl A. Eason, Esquire
Counsel for GMAC
One Columbus Center, Suite 1100
Virginia Beach, VA 23462

Seen and Agreed:

   /s/ Edrie A. Pfeiffer
Edrie A. Pfeiffer, Esquire
Counsel for Debtors
2624 Southern Boulevard, Suite 101
Virginia Beach, VA 23452

Seen:


   /s/ Charles L. Marcus
Charles L. Marcus, Esquire
Trustee
1435 Crossways Boulevard
Suite 300
Chesapeake, VA 23320


### CERTIFICATION OF ENDORSEMENT

     I hereby certify that all necessary parties involved in this matter have seen and endorsed this instant order.

        /s/ Carl A. Eason